IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JORDANA GARDNER                 PLAINTIFF

v.              CASE NO. 4:24-cv-00564

DR. ALONZO WILLIAMS, SR.; SUSAN WILLIAMS       DEFENDANTS
SUZETTE SIEGLER; SELMA KEEFER;
COVENANT SURGICAL PARTNERS, INC.
d/b/a COVENANT PHYSICIAN PARTNERS;
ARKANSAS DIAGNOSTIC CENTER, P.A. JOHN DOES 1-10.

## MOTION TO REMAND

Plaintiff Jordana Gardner, individually and on behalf of all other similarly-situated employees (Plaintiffs), by and through counsel, Luther Sutter; and for this Motion states:

1. Defendants purport to remove this matter based on a federal question. The Complaint expressly states no federal claims are brought. Para 2. To the extent the Court construes the Complaint as a Complaint stating a FLSA claim, Plaintiff moves to dismiss only the FLSA claim without prejudice under Rule 41. Thus, *Wullschleger v. Royal Canin U.S.A., Inc.*, 75 F.4th 918 (8th Cir. 2023) requires a remand.

**WHEREFORE,** Plaintiff requests that this matter be remanded and for all other proper relief.

Respectfully submitted,

Luther Oneal Sutter
Ark. Bar No. 95031
SUTTER & GILLHAM, P.L.L.C.
P.O. Box 2012
Benton, AR 72018
501/315-1910 – OFFICE
501/315-1916 – FACSIMILE
Attorney for the Plaintiff
luthersutter.law@gmail.com

By: /s/ Luther Oneal Sutter
Luther Oneal Sutter, ABN 95031
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Luther Sutter, do hereby certify that a true and correct copy of the foregoing pleading was filed electronically through the Court's ECF filing system who will serve a copy of all counsel record:

Regina Ann Young          ryoung@wlj.com, dlantz@wlj.com, sludwig@wlj.com

Daveante Jones    dljones@wlj.com, mrussell@wlj.com

On this the 8th of July, 2024.

By: */s/ Luther O. Sutter*
Luther O. Sutter, ARBN # 95031)