IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JORDANA GARDNER, individually**     **PLAINTIFF**
**and on behalf of herself as well as all**
**other similarly-situated employees**

v.     CASE NO. 4:24-CV-00564-BSM

**DR. ALONZO WILLIAMS, SR.,** *et al.*     **DEFENDANTS**

## ORDER

Covenant Surgical Partners, Inc.'s unopposed motion to strike [Doc. No. 22] Jordana Gardner's reply [Doc. No. 16] is denied. Covenant will, however, be permitted to file a sur-reply within seven days of this order to address the new arguments raised in Gardner's reply. Gardner has seven days to show cause why she should not be sanctioned for filing an unauthorized reply.

IT IS SO ORDERED this 20th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE