IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JORDANA GARDNER et. al.**                                                                 **PLAINTIFFS**

v.                         **CASE NO. 4:24-CV-00564-BSM**

**DR. ALONZO WILLIAMS SR.; SUSAN WILLIAMS;
SUZETTE SIEGLER; SELMA KEEFER; COVENANT
SURGICAL PARTNERS, INC., d/b/a COVENANT
PHYSICIAN PARTNERS; ARKANSAS DIAGNOSTIC CENTER, P.A.     DEFENDANTS**

**SEPARATE DEFENDANTS NOTICE TO JOIN IN AND ADOPT SEPARATE
DEFENDANT COVENANT'S MOTION TO DISMISS AND MEMORANDUM IN
SUPPORT OF ITS MOTION TO DISMISS**

Separate Defendants, Dr. Alonzo Williams Sr., Susan Williams, and Arkansas Diagnostic Center, P.A. hereinafter referred to as the ("Williams Defendants") come before this honorable Court, by and through counsel, Alexander J. Betton of the Betton Law Firm, and give this Court and all parties to this litigation notice under Fed. R. Civ P. 12(g), that they join in and adopt the Motion to Dismiss and accompanying Memorandum in Support filed by Covenant Surgical Partners d/b/a/ Covenant Physician Partners ("Covenant") on July 10, 2024. (*See Docs. 7 and 8*).

On July 3, 2024, Plaintiff filed a complaint alleging that "Joint Defendants" violated the Arkansas Minimum Wage Act; Arkansas Civil Rights Act/Equal Pay Act; and accused "Joint Defendants" of "overbilling or inaccurately billing" the State of Arkansas for medical services in a conspiracy to defraud Medicaid.

Covenant filed a Motion to Dismiss these allegations under Fed. R. Civ. P 12(b)(6) with a Memorandum in support on July 10, 2024.  Covenant's motion and memorandum make arguments in support of dismissal under Fed. R. 12(b)(6) that are as applicable to the Williams Defendants as they are to Covenant.  As such, for efficiency's sake, Separate Defendants join in adopt Covenant's motion and memorandum.  Except that there is an additional argument on

behalf of Separate Defendant Susan Williams. Plaintiff's Complaint is one hundred and forty-seven (147) paragraphs, and the only mention of Mrs. Williams is in paragraph 5, which states that she is a resident of Arkansas. The lack of any reference or allegation against Mrs. Williams evidences either oversight or harassment. Whichever, or should neither be determined, Mrs. Williams's dismissal from this lawsuit should be with prejudice.

    The Williams Defendants join in and adopt Covenant's Motion to dismiss pursuant to Fed. R. Civ. P 12(b)(6), and move this Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief to her can be granted.

/s/ Alexander J. Betton
Alexander J. Betton
Ark. Bar No. 2009275
1505 West 11th Street STE B
Little Rock, AR 72202
Tel: (501) 920-1021
Email: Betton@Bettonlaw.com

*Attorney for Defendants*
*Dr. Alonzo Williams Sr*
*Susan Williams and Arkansas*
*Diagnostic Center, P.A.*