**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS  72201

**TAMMY H. DOWNS** (501) 604-5351
**CLERK**

September 3, 2024

*Via Certified Mail: 7017 0530 0000 1110 0336*

Terri Hollingsworth
Pulaski County Circuit Court
401 West Markham, Suite 100
Little Rock, Arkansas 72201

      Re:    *Gardner v. Williams et al*
              U.S. District Court Eastern District of Arkansas Case No. 4:24-cv-00564-BSM
              Pulaski County Circuit Court, 60CV-24-3257

Dear Ms. Hollingsworth:

      Attached is a certified copy of an Order dated September 3, 2024, signed by Judge Brian S. Miller which remands the above-styled matter to Pulaski County Circuit Court. Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Pulaski County Circuit Court.

      If you have any questions regarding this matter, please call me at 501-604-5351.

                                    Sincerely,

                                    TAMMY H. DOWNS, CLERK

                                    By _____
                                         L. Beatty, Deputy Clerk

Enclosures